Michael C. Ormsby
United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>26218 SOUTH BUTTONWOOD DRIVE, SUN LAKES, ARIZONA, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>    Defendant. | CV-12-0496-LRS<br><br>Order of Forfeiture of Substitute <u>Res</u> |

Plaintiff, United States of America, filed a Verified Complaint for Forfeiture <u>In Rem</u> on August 3, 2012, alleging that the Defendant property was subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). ECF No. 1.

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant real property is located at 26218 South Buttonwood Drive, Sun Lakes, Arizona, and is legally described in the Verified Complaint for Forfeiture <u>In Rem</u>.

According to Maricopa County Assessor real property records, Octotillo K, LLC, is the owner of the real property.

On or about November 30, 2012, the United States Marshals Service posted a Notice of Complaint for Forfeiture (ECF No. 9), and copies of the Verified Complaint for Forfeiture <u>In Rem</u> (ECF No. 1), Order Reassigning Case (ECF No. 3), and the Lis Pendens (ECF No. 4), upon the Defendant real property (ECF No. 10).

On or about November 28, 2012, Ocotillo K, LLC, was served, via certified mail, return receipt requested, in care of Manager, Kimberly Jeffreys, and in care of Registered Agent, Elizabeth S. Ashley, Esq., with copies of the Verified Complaint for Forfeiture In Rem (ECF No. 1), the Lis Pendens (ECF No. 4), the Order Reassigning Case (ECF No. 3), and the Notice of Complaint for Forfeiture.  ECF Nos. 7 and 7-1.  Based upon the direct notice service date, Ocotillo K, LLC's, deadline to file a timely claim was January 2, 2013.  On or about December 21, 2012, Ocotillo K, LLC, filed a verified claim signed by "Kim Jeffreys, Owner".  ECF No. 12.  On or about January 11, 2013, the United States and Claimant, Ocotillo K, LLC, entered into a Stipulation Extending Time to Answer or Otherwise Move.  ECF No. 14.  On or about March 8, 2014, Ocotillo K, LLC, filed its Answer to Complaint.  ECF No. 15. On or about July 29, 2014, the United States and Ocotillo K, LLC, by and through its Owner/Manager, Kimberly Jeffreys, entered into a settlement agreement and stipulation for forfeiture (ECF No. 18), in accordance with her plea agreement filed in United States v. Kimberly Jeffreys, 2:13-CR-12-RMP-2 (ECF No. 452 at 7 and 8), filed herein on September 23, 2014, in which Kimberly Jeffreys agreed to provide $125,000.00 substitute res in lieu of forfeiture of the Defendant real property.

On or about November 28, 2012, Gregory Jeffreys, was served, via certified mail, return receipt requested, at his last known addresses, with copies of the Verified Complaint for Forfeiture In Rem (ECF No. 1), the Lis Pendens (ECF No. 4), the Order Reassigning Case (ECF No. 3), and the Notice of Complaint for Forfeiture.  ECF Nos. 5 and 5-1.  Based upon the direct notice service date, Gregory Jeffreys's deadline to file a timely claim was January 2, 2013.  On or about December 31, 2012, Gregory Jeffreys filed a Waiver, acknowledging receipt of notice; and, waiving, relinquishing and giving up any right to the Defendant real property.  ECF No. 13.  On or about February 3 and 6, and June 5, 2014, the United States and Gregory Jeffreys, by and through his attorney, Mark Vovos, entered into a stipulation for forfeiture (ECF No. 17), in accordance with his plea agreement filed in United States v. Gregory D.

Jeffreys, 2:13-CR-12-RMP-1 (ECF No. 403 at 15 - 17), filed herein on September 23, 2014, in which Gregory Jeffreys stipulated and agreed to the forfeiture of any interest he has or may have in the Defendant real property.

On or about August 12, 2014, the United States was notified by the United States Marshals Service in Arizona, that they had received a check in the amount of $125,000.00 in substitute res in lieu of forfeiture of the Defendant real property.

It appearing to the Court that the United States and real property owner Ocotillo K, LLC/Kimberly Jeffreys agreed in the settlement agreement and stipulation filed herein to the forfeiture of $125,000.00 substitute res in lieu of forfeiture of the Defendant real property;

It also appearing the Gregory Jeffreys waived and relinquished any interest he has or may have in the Defendant real property;

It further appearing to the Court that the $125,000.00 in substitute res has been provided to the United States as agreed;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Plaintiffs' Motion For Entry Of An Order Of Forfeiture Of Substitute Res, ECF No. 20, is GRANTED, and the $125,000.00 substitute res is hereby forfeited to the United States;

IT IS FURTHER ORDERED that the United States Marshal's Service shall dispose of the $125,000.00 in accordance with law.

DATED this 25th day of September, 2014.

*s/Lonny R. Suko*

_____
Lonny R. Suko
Senior United States District Judge

Presented by:
Michael C. Ormsby
United States Attorney
s/James A. Goeke
James A. Goeke
Assistant United States Attorney